# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____
Write the full name of each plaintiff.

-against-

_____

_____

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

Defendants:

Claudine Ferguson, Scott Migliori, Kristen Fyock, Michael Felon, Justin Shanahan, Sarah Durst, Zarin Labiba, Joe Corkery, Ryan Huntsman, Ibrahim Khalil, Patrick Kern, Ellen Rottenberg, Pinchas Schwartz, Trevor Wade, Holly Trotter, Lisa Miller, Timothy Patrick Gerspacher, Benjamin Proce, Peter Todd, Jim Mastroianni, Brian Hill, Yanil Nunez, Kelly Mitstifer, Emily R. Newton

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐    **Federal Question**

☐    **Diversity of Citizenship**

## A.    If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.    If you checked Diversity of Citizenship

### 1.    Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
      (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name          Middle Initial          Last Name

_____

Street Address

_____

County, City                        State                        Zip Code

_____

Telephone Number                        Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                   Zip Code

Defendant 2:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                   Zip Code

Defendant 3:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                   Zip Code

Defendant 5: First Name Last Name: Justin Shanahan
Current Job Title (or other identifying information): Partner, State and Local Tax Income Franchise Tax Practice
Current Work Address (or other address where defendant may be served) County, City State Zip Code: PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017-6204

Defendant 6: First Name Last Name: Sarah Durst
Current Job Title (or other identifying information): State and Local Tax Senior Manager
Current Work Address (or other address where defendant may be served) County, City State Zip Code: PricewaterhouseCoopers LLP
45 South 7th Street
Suite 3400
Minneapolis, Minnesota 55402

Defendant 7: First Name Last Name: Zarin Labiba
Current Job Title (or other identifying information): Senior Associate
Current Work Address (or other address where defendant may be served) County, City State Zip Code: PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017-6204

Defendant 8: First Name Last Name: Joe Corkery
Current Job Title (or other identifying information): Senior Tax Associate, State and Local Tax
Current Work Address (or other address where defendant may be served) County, City State Zip Code: PricewaterhouseCoopers LLP
101 Seaport Boulevard
Suite 500
Boston, Massachusetts 02210

Defendant 9: First Name Last Name: Ryan Huntsman
Current Job Title (or other identifying information): Tax Manager
Current Work Address (or other address where defendant may be served) County, City State Zip Code: PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017-6204

Defendant 10: First Name Last Name: Ibrahim Khalil
Current Job Title (or other identifying information): The president of the company, Buffalo Tax Pro Services LLC
Current Work Address (or other address where defendant may be served) County, City State Zip Code: 1054 Broadway Street, 2nd Floor, Buffalo NY 14212

Defendant 11: First Name Last Name: Patrick Kern
Current Job Title (or other identifying information): Senior Tax Associate, State and Local Tax AWM
Current Work Address (or other address where defendant may be served) County, City State Zip Code: PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017-6204

Defendant 12: First Name Last Name: Ellen Rotenberg
Current Job Title (or other identifying information): Partner
Current Work Address (or other address where defendant may be served) County, City State Zip Code: PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017-6204

Defendant 13: First Name Last Name: Pinchas Schwartz
Current Job Title (or other identifying information): Partner AWM
Current Work Address (or other address where defendant may be served) County, City State Zip Code: PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017-6204

Defendant 14: First Name Last Name: Trevor Wade
Current Job Title (or other identifying information): Partner
Current Work Address (or other address where defendant may be served) County, City State Zip Code: PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017-6204

Defendant 15: First Name Last Name: Holly Trotter
Current Job Title (or other identifying information): Tax Partner in Financial Services
Current Work Address (or other address where defendant may be served) County, City State Zip Code: PricewaterhouseCoopers LLP
214 North Tryon Street
Suite 4200
Charlotte, North Carolina 28202

Defendant 16: First Name Last Name: Lisa Miller
Current Job Title (or other identifying information): Principal
Current Work Address (or other address where defendant may be served) County, City State Zip Code: PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017-6204

Defendant 17: First Name Last Name: Timothy Patrick Gerspacher
Current Job Title (or other identifying information): Tax Partner
Current Work Address (or other address where defendant may be served) County, City State
Zip Code: PricewaterhouseCoopers LLP
200 Public Square
Suite 1900
Cleveland, Ohio 44114

Defendant 18: First Name Last Name: Benjamin Proce
Current Job Title (or other identifying information): Partner
Current Work Address (or other address where defendant may be served) County, City State
Zip Code: PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017-6204

Defendant 19: First Name Last Name: Peter Todd
Current Job Title (or other identifying information): Tax Partner
Current Work Address (or other address where defendant may be served) County, City State
Zip Code: PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017-6204

Defendant 20: First Name Last Name: Jim Mastroianni
Current Job Title (or other identifying information): Partner, M&A Tax
Current Work Address (or other address where defendant may be served) County, City State
Zip Code: PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017-6204

Defendant 21: First Name Last Name: Brian Hill
Current Job Title (or other identifying information): Corporate Tax Partner
Current Work Address (or other address where defendant may be served) County, City State
Zip Code: RSM US LLP
151 W 42nd St 19th floor, New York, NY 10036

Defendant 22: First Name Last Name: Yanil Nunez
Current Job Title (or other identifying information): Entry Level Talent Acquisition Manager
Current Work Address (or other address where defendant may be served) County, City State
Zip Code: PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017-6204

Defendant 23: First Name Last Name: <u>Kelly Mitstifer</u>
Current Job Title (or other identifying information): <u>Early Talent Recruiter at FTI Consulting</u>
Current Work Address (or other address where defendant may be served) County, City State
Zip Code: <u>FTI Consulting</u>
<u>555 12th St NW STE 700, Washington, DC 20004</u>

Defendant 24: First Name Last Name: <u>Emily R. Newton</u>
Current Job Title (or other identifying information): <u>Talent ID Entry Talent Acquisition Manager</u>
Current Work Address (or other address where defendant may be served) County, City State
Zip Code: <u>PricewaterhouseCoopers LLP</u>
<u>601 South Figueroa Street</u>
<u>Suite 900</u>
<u>Los Angeles, California 90017</u>

Defendant 4: _____

     First Name               Last Name

     _____

     Current Job Title (or other identifying information)

     _____

     Current Work Address (or other address where defendant may be served)

     _____

     County, City            State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 5

_____

_____

_____

_____

_____

_____

_____

_____

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

III. Facts (Continued)

These events occurred from 1/10/2022 to 5/5/2023, also during the recruiting process before 1/10/2022. Even after 5/5/2023, I was mistreated by a recruiter. I secured an interview, but on the day of the interview, I was told that I could not interview after applying again and securing said interview. Kristen Fyock said I could apply again, and this was the result: being denied an interview with little reason as to why I could not be hired again. These events occurred because of the biased attitudes the staff held against me, which I am uncertain about how that materialized. It was unclear as to why their behavior towards me led to me being discharged, but the only thing I can assume is that they were disguising discrimination as "low work performance". Low work performance was the reason they gave me for their decision regarding my employment with the company. That reason was and still is irrational and a defamation of my character and work ethic.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| _____ | _____ |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Street Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1.  Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2.  Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1.  You will no longer receive documents in the mail;

2.  If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3.  This service does *not* allow you to electronically file your documents;

4.  It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

rev. 2/9/15

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

## Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____


Name (Last, First, MI)

Address          City          State          Zip Code

Telephone Number                E-mail Address

Date                            Signature  *Olijah Ra*

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007