UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIJAH T. RAY,

                Plaintiff,

-against-

PRICEWATERHOUSECOOPERS LLP, ET AL.,

                Defendants.

25 CIVIL 004259 (GBD)

## CIVIL JUDGMENT

For the reasons stated in the May 12, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 13, 2026
        New York, New York

                /s/ George B. Daniels
                GEORGE B. DANIELS
                United States District Judge